# Court of Appeals
# of the State of Georgia

ATLANTA,  December 30, 2024

*The Court of Appeals hereby passes the following order:*

**A25A0755. STEFON SMITH v. THE STATE.**

Stefon Smith was indicted for aggravated child molestation and other related offenses. Smith filed several pro se motions, which the trial court construed as an invocation of his constitutional right to a speedy trial. The trial court denied the motion after a hearing and Smith filed a direct appeal. The State subsequently filed a motion to dismiss the appeal.

In *Sosniak v. State*, 292 Ga. 35, 40 (2) (734 SE2d 362) (2012), the Supreme Court of Georgia held that a defendant has no right to a direct appeal from the denial of a pretrial constitutional speedy trial motion. Instead, a defendant wishing to appeal the denial of a motion for acquittal based on a constitutional speedy trial violation must comply with the interlocutory appeal procedures set forth in OCGA § 5-6-34 (b). See id.; *Johnson v. State*, 300 Ga. 252, 257 (3) (794 SE2d 60) (2016).[1] Those procedures include timely seeking a certificate of immediate review in the superior court and thereafter filing an application for an interlocutory appeal. See OCGA § 5-6-34 (b). And where, as here, the interlocutory appeal requirements apply, the failure to comply with those procedures deprives this Court of jurisdiction. See *Gresham v. State*, 350 Ga. App. 243, 243 (828 SE2d 634) (2019).

Here, Smith's failure to comply with the interlocutory appeal procedures

---

[1] In contrast, denials of statutory speedy trial claims are directly appealable. See id.

deprives us of jurisdiction to consider this appeal. Thus, the State's motion to dismiss is GRANTED and this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  12/30/2024*

 I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

 Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*